UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3966**

Case Title: **Charles Newton** vs. **Kimberly Kardashian, et al.**

List all clients you represent in this appeal:

> **Beyoncé Knowles-Carter**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**N/A**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jennifer L. Barry**   Signature: s/ **Jennifer L. Barry**

Firm Name: **Latham & Watkins LLP**

Business Address: **12670 High Bluff Drive San Diego, CA 92130**

City/State/Zip: **San Diego, CA 92130**

Telephone Number (Area Code): **(858) 523-5400**

Email Address: **jennifer.barry@lw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2024, I electronically filed the foregoing Appearance of Counsel with the Clerk of Court of the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system to all registered users and via mail to the below address.

Charles D. Newton
25000 Euclid Avenue
Suite 305 # 1215
Euclid, OH 44117

*/s/ Jennifer L. Barry*
Jennifer L. Barry